UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Matthew Berger, an individual, and Da<br><br>Plaintiff(s)<br>v.<br>State Farm General Insurance Company<br>Defendant(s) | CASE No.    24-cv-02060-HSG<br><br>STIPULATION AND ORDER<br>SELECTING ADR PROCESS |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)

☐ **Mediation** (ADR L.R. 6)

☐ **Early Settlement Conference with a Magistrate Judge** (ADR L.R. 7)

☒ **Private ADR** (*specify process and provider*)
   Mediation - mediator to be selected

The parties agree to hold the ADR session by:

☐ the presumptive deadline *(90 days from the date of the order referring the case to ADR)*

☒ other requested deadline:  120 days

Date: 7/2/24            Bruce T. Smyth
                        Attorney for Plaintiff

Date: 7/2/24            Todd A. Roberts
                        Attorney for Defendant

☒ IT IS SO ORDERED.
☐ IT IS SO ORDERED WITH THE FOLLOWING MODIFICATIONS:

DATE:  7/2/2024         *[signature: Haywood S. Gilliam Jr.]*
                        U.S. DISTRICT JUDGE

*Important!* E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Early Settlement Conference with a Magistrate Judge" or "Stipulation & Proposed Order Selecting Private ADR."

*Form ADR-Stip rev. 1-15-2019*

**PROOF OF SERVICE**

**Case No. 24-cv-02060-CRJ**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 800 W. 6th Street, Suite 500, Los Angeles, CA 90017.

On July 2, 2024, I served true copies of the following document(s) described as **STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** on the interested parties in this action as follows:

| | |
|---|---|
| Todd A. Roberts, Esq.<br>Alexandria C. Carraher, Esq.<br>Ropers Majeski PC<br>535 Middlefield Road, Suite 245<br>Menlo Park, CA 94025<br>Email: todd.roberts@ropers.com<br>Email: alexandria.carraher@ropers.com | Attorneys for Defendants<br>STATE FARM GENERAL INSURANCE COMPANY |

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July 2, 2024, at Los Angeles, California.

Benjamin Barragan