UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW BERGER, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>STATE FARM GENERAL INSURANCE COMPANY,<br><br>　　　　Defendant. | Case No. 24-cv-02060-HSG<br><br>**SCHEDULING ORDER** |

A case management conference was held on July 9, 2024. Having considered the parties' proposal, *see* Dkt. No. 19, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Amendment of Pleadings/ Joinder | September 6, 2024 |
| Expert Witness Disclosures | January 10, 2025 |
| Dispositive Motion & *Daubert* Hearing Deadline | March 6, 2025, at 2:00 p.m. |
| Discovery Cutoff | April 22, 2025 |
| Pretrial Conference | May 27, 2025, at 3:00 p.m. |
| Jury Trial (5 days) | June 9, 2025, at 8:30 a.m. |

//

//

//

//

//

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's standing orders.

**IT IS SO ORDERED.**

Dated:   7/10/2024

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge