1  David B. Parker (SBN 72192)
   parker@parkershaffiellp.com
2  Bruce T. Smyth (SBN 89171)
   smyth@parkershaffiellp.com
3  **PARKER SHAFFIE LLP**
   800 W. 6th Street, Suite 500
4  Los Angeles, California 90017
   Telephone: (213) 622-4441
5  Facsimile: (213) 622-1444

6  Attorneys for Plaintiffs
   **MATTHEW BERGER, an individual, and**
7  **DAWN BERGER, an individual**

8  Todd A. Roberts, Esq.
   todd.roberts@ropers.com
9  Alexandria C. Carraher, Esq.
   alexandria.carraher@ropers.com
10 **ROPERS MAJESKI PC**
   535 Middlefield Road, Suite 245
11 Menlo Park, CA 94025

12 Attorneys for Defendant
   **STATE FARM GENERAL INSURANCE COMPANY**
13

14

15                    UNITED STATES DISTRICT COURT

16                    NORTHERN DISTRICT OF CALIFORNIA

17

| | |
|---|---|
| MATTHEW BERGER, an individual, and DAWN BERGER, an individual, | Case No. 24-cv-02060-HSG |
| Plaintiff, | **JOINT STIPULATION TO EXTEND EXPERT DISCLOSURE DATE AND ORDER** |
| v. | |
| STATE FARM GENERAL INSURANCE COMPANY, an Illinois Corporation, and DOES 1 through 10, inclusive, | |
| Defendant. | |

25       Plaintiffs Matthew Berger and Dawn Berger and Defendant State Farm General Insurance

26 Company (collectively, the "Parties") respectfully submit this Joint Stipulation to Extend Expert

27 Disclosure Date from January 10, 2025 to February 10, 2025.

28       The Parties respectfully request that the Court extend the Expert Disclosure Date from

January 10, 2025 to February 10, 2025, to allow the Defendant to conduct an inspection of the Plaintiffs' home which is the location of the property damage at issue on January 9, 2025, and incorporate the results of that inspection into its disclosure. The extension will also allow both Parties, and their experts, additional time to complete their disclosures based on other fact discovery that will be completed after the mediation. This extension will not affect the other deadline dates in this matter. A proposed Order is attached hereto.

Respectfully submitted,

DATED:  January 6, 2025            **PARKER SHAFFIE LLP**

By: _____/s/ Bruce T. Smyth_____
David B. Parker
Bruce T. Smyth
Attorneys for Plaintiffs

DATED:  January 6, 2025            **ROPERS MAJESKI PC**

By: _____/s/ Alexandria C. Carraher_____
Todd A. Roberts
Alexandria C. Carraher
Attorneys for Defendant

**ORDER**

Having considered the Joint Stipulation to Extend Expert Disclosure Date submitted by the Parties, the Court continues the Expert Disclosure Date from January 10, 2025 to February 10, 2025.

IT IS SO ORDERED.

Dated: 1/8/2025

_____
UNITED STATES DISTRICT JUDGE